LAWRENCE C. JONES (SBN 162749)
larry@lawjones.net
34 Hurricane Street
Marina Del Rey, CA 90292
Telephone: (310) 428-7869
Facsimile: (310) 827-3021

THOMAS J. RECHEN (admitted *pro hac vice*)
trechen@mccarter.com
MARK D. GIARRATANA (admitted *pro hac vice*)
mgiarratana@mccarter.com
ERIC E. GRONDAHL (admitted *pro hac vice*)
egrondahl@mccarter.com
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

*ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT JARROW FORMULAS, INC.*

E-FILED 09/09/13

LINK #216

TERM #214/215

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JARROW FORMULAS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NOW HEALTH GROUP, INC.<br><br>Defendant.<br><br>---<br><br>SOFT GEL TECHNOLOGIES, INC.,<br><br>Plaintiff/Counter Defendant,<br><br>vs. | Case No. 2:10-cv-8301-PSG (JCx)<br><br>Related Case No. (Consolidated)<br>2:11-cv-00164 PSG (JCx)<br><br>**[PROPOSED] JUDGMENT FOLLOWING SUMMARY JUDGMENT RULINGS AND TRIAL**<br><br>The Honorable Philip S. Gutierrez<br><br>Courtroom: Room 880<br>Location:   Roybal Federal Building<br>            255 East Temple Street |

| | |
|---|---|
| JARROW FORMULAS, INC., | Los Angeles, CA 90011 |
| Defendant/Counter Claimant. | |

These consolidated cases came before the Court on divers dates in Courtroom 880 of the above-entitled Court as follows:

- on July 31, 2012 in connection with the parties' cross motions for summary judgment, which resulted in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. #156); and
- on March 12, 13, and June 13, 2013 for a courtside trial, which resulted in the Court's (In Chambers): Findings of Fact and Conclusions of Law Following Bench Trial (Dkt. # 213).

All Parties now having been heard on all outstanding claims and issues and good cause appearing for the entry of judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1) In favor of NOW Health Group, Inc. d/b/a Now Foods ("NOW") and against Jarrow Formulas, Inc. ("JFI"):

(a) As to JFI's Second Amended Complaint against NOW for infringement of U.S. Patent No. 7,588,786 ("the '786 Patent") (Dkt. # 85), for the reasons set forth in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. #156).

2) In favor of Soft Gel Technologies, Inc. ("Soft Gel") and against JFI:

(a) As to Count I of Soft Gel's First Amended Complaint for Declaratory Judgment (Dkt. # 53) seeking a declaration that the '786 Patent is not infringed, for the reasons set forth in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. #156);

(b) As to the First Claim for Relief of JFI's Counterclaims (Dkt. # 56) against Soft Gel for infringement of the '786 Patent, for the reasons set forth in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. #156);

(c) As to the Second Claim for Relief of JFI's Counterclaims (Dkt. # 56) against Soft Gel for injunctive relief, for the reasons set forth in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. # 156); and

(d) As to the Third Claim for Relief of JFI's Counterclaims (Dkt. # 56) against Soft Gel for willful infringement, for the reasons set forth in the Court's (In Chambers) Order CONSTRUING CLAIMS and GRANTING Defendants' Motion for Summary Judgment (Dkt. # 156).

3) In favor of JFI and against Soft Gel:

(a) As to Count III of Soft Gel's First Amended Complaint for Declaratory Judgment (Dkt. # 53) seeking a declaration that the '786 Patent is unenforceable due to inequitable conduct, for the reasons set forth in the Court's (In Chambers): Findings of Fact and Conclusions of Law Following Bench Trial (Dkt. # 213).

4) Dismissing, without prejudice and as moot, Count II of Soft Gel's First Amended Complaint for Declaratory Judgment (Dkt. # 53) seeking a declaration that the '786 Patent is invalid in view of the Court's judgment of non-infringement.(Dkt. 156)

It is further ORDERED that the parties bear their own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: 9/9/13

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United States District Court Judge

3
[PROPOSED] JUDGMENT FOLLOWING SUMMARY JUDGMENT RULINGS AND TRIAL
CASE NO.: 2:10-CV-8301 PSG (JCX)

ME1 16351523V.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     |     | Respectfully submitted, |
| 2   | Dated: September 3, 2013 | By: | /s/ Thomas J. Rechen |
| 3   |     |     | THOMAS J. RECHEN |
| 4   |     |     | MARK D. GIARRATANA |
|     |     |     | ERIC E. GRONDAHL |
| 5   |     |     | McCARTER & ENGLISH, LLP |
| 6   |     |     | CityPlace I |
| 7   |     |     | 185 Asylum Street |
|     |     |     | Hartford, CT 06103 |
| 8   |     |     | Telephone: (860) 275-6700 |
|     |     |     | Facsimile: (860) 724-3397 |

LAWRENCE C. JONES
34 Hurricane Street
Marina Del Rey, CA 90292
Telephone: (310) 428-7869
Facsimile: (310) 827-3021

Attorneys for Defendant and Counter-Plaintiff Jarrow Formulas, Inc.

## PROOF OF SERVICE

I am a resident of the State of Connecticut, over the age of eighteen years, and not a party to the within action. I am employed in the office of McCarter & English, LLP which is a member of the bar by pro hac vice of this Court at whose direction the service was made. My business address is McCarter & English, LLP, 185 Asylum Street, Hartford, CT 06103.

On September 3, 2013, I served the following document to all other parties appearing on the docket sheet, as listed below:

**[PROPOSED] JUDGMENT FOLLOWING SUMMARY JUDGMENT RULINGS AND TRIAL**

| | |
|---|---|
| Sri K. Sankaran (SBN 236584) | John Baker (SBN 144073) |
| Devan V. Padmanabhan (MN 0240126) | Bryan M. McGarry (SBN 258156) |
| Winthrop & Weinstine, P.A. | Dorsey & Whitney LLP |
| 225 South Sixth Street, Suite 3500 | Plaza Tower, 600 Anton Boulevard, Suite 2000 |
| Minneapolis, MN 55402-4629 | Costa Mesa, CA 92626 |
| ssankaran@winthrop.com | baker.john@dorsey.com |
| dpadmanabhan@winthrop.com | mcgarry.bryan@dorsey.com |
| Telephone: (612) 604-6400 | Telephone: (714) 800-1400 |
| Facsimile: (612) 604-6800 | Facsimile: (714) 800-1499 |

*Counsel for Soft Gel Technologies, Inc.*

| | |
|---|---|
| R. David Donoghue (SBN 205730) | Kristina S. Azlin (SBN 235238 |
| Holland & Knight LLP | Holland & Knight LLP |
| 131 S. Dearborn Street | 400 South Hope Street, 8th Floor |
| Chicago, IL 60603 | Los Angeles, CA 90071 |
| david.donoghue@hklaw.com | kristina.azlin@hklaw.com |
| Telephone: (312) 263-3600 | Telephone: (213) 896-2400 |
| Facsimile: (312) 578-6666 | Facsimile: (213) 896-2450 |

*Counsel for NOW Health Group, Inc., d/b/a NOW Foods*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 3, 2013, at Hartford, Connecticut.

<u>/s/ Thomas J. Rechen</u>
Thomas J. Rechen